# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Terrance E. Williams, | Case No.: 3:21-cv-00133-MMD-WGC |
| Plaintiff, | **Order** |
| v. | |
| RYALS, *et al.*, | |
| Defendants. | |

Before the Court is Defendants' Motion to Extend Discovery Deadlines (ECF No. 34), asking to extend the discovery deadline forty-five days, or until February 11, 2022. Good cause appearing, the Court grants the motion in-part and sets the following discovery deadlines:

| | |
|---|---|
| Deadline for completion of discovery: | **March 25, 2022** |
| Deadline for filing dispositive motions: | **April 29, 2022** |
| Deadline for Joint Pretrial Order: | **May 27, 2022** (if no dispositive motions are pending.) |

**IT IS SO ORDERED.**

Dated: November 30, 2021.

_____
William G. Cobb
United States Magistrate Judge