# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

TERRANCE E. WILLIAMS,

    Plaintiff

v.

RYALS, et al.,

    Defendants

Case No.: 3:21-cv-00133-MMD-CSD

**Order**

Re: ECF No. 50

    Before the court is Defendants' motion to extend the discovery deadline. (ECF No. 50.)

    Defendants' motion actually seeks to extend both the discovery deadline and dispositive motions deadline for 45 days. (ECF No. 50.)

    Preliminarily, Defendants use an incorrect case number in their motion. The correct case number is 3:21-cv-00133-MMD-*CSD*, and not 3:21-cv-00133-MMD-*CLB*.

    Next, Defendants did not follow Local Rule 6-1, which requires the party seeking an extension to inform the court of all previous extensions of the subject deadline the court granted. In addition, immediately below the title of the motion, there must be a statement indicating whether it is the first, second, third, etc., requested extension. LR 6-1(a).

    Finally, the scheduling order initially entered in this matter directed that any motion seeking to extend discovery must include: a statement specifying the discovery completed by the parties as of the date of the motion; a specific description of the discovery which remains to be completed; the reasons why such discovery was not completed within the time limit of the existing discovery deadline; and a proposed schedule for completing all remaining discovery. (ECF No. 19 at 4.) Defendants' motion does not specify what discovery has completed, what

discovery remains to be completed, or why that discovery cannot be completed within the existing deadline.

For these reasons, Defendants' motion (ECF No. 50) is **DENIED**.

**IT IS SO ORDERED**.

Dated: February 16, 2022

_____
Craig S. Denney
United States Magistrate Judge