UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TERRANCE E. WILLIAMS,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>RYALS, *et al.*,<br><br>　　　　　　　　　Defendants. | 3:21-cv-00133-MMD-CSD<br><br>**ORDER**<br><br>RE: ECF Nos. 58, 59 |

Before the court is Defendants' Motion to Compel Production of Documents (ECF No. 58). Defendants request the court compel Plaintiff to provide a true and correct copy of his complete medical file kept by the Nevada Department of Corrections.

Plaintiff opposed Defendants' motion (ECF No. 61) and moved to strike Exhibit 1 attached to Defendants' motion claiming that the exhibit was "irrelevant." (ECF No. 59).

Defendants filed a reply which states that the motion to compel (ECF No. 58) is withdrawn as "Defendants have been informed that the Plaintiff's medical records are on their way from the Nevada Department of Corrections." (ECF No. 62.)

Based on the above, **IT IS HEREBY ORDERED** that Defendants' Motion to Compel Production of Documents (ECF No. 58) is **DENIED** as moot.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Strike Exhibit 1 (ECF No. 59) is **DENIED** as moot.

DATED: March 15, 2022.

_____
**UNITED STATES MAGISTRATE JUDGE**