# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TERRANCE E. WILLIAMS,<br><br>                    Plaintiff,<br>    v.<br><br>RYALS, et al.,<br><br>                    Defendants. | 3:21-cv-00133-ART-CSD<br><br>**ORDER**<br><br>Re: ECF No. 78 |

Before the court is Plaintiff's Motion to Expedite Exhibit 11 (Disc 1 and 2) of Defendant Reza's Motion for Summary Judgment and Exhibit 6 of Defendant Santos' Motion for Summary Judgment (ECF No. 78).

On February 3, 2022, Defendant Santos filed his Motion for Summary Judgment (ECF No. 43) and manually filed 2 discs which represented Exhibit 6 in Defendant's motion (ECF No. 44). It does not appear that these discs were provided to the Warden's Office at Northern Nevada Correctional Center so that Plaintiff could send a kite for viewing said discs.

On April 13, 2022, Defendant Wueper filed his Motion for Summary Judgment (ECF No. 71) and manually filed 2 discs which represented Exhibit 13 in Defendant's motion (ECF No. 72). It does not appear that these discs were provided to the Warden's Office at Northern Nevada Correctional Center so that Plaintiff could send a kite for viewing said discs.

On April 18, 2022, Defendant Reza filed his Motion for Summary Judgment (ECF No. 74) and manually filed 2 discs which represented Exhibit 11 in Defendant's motion (ECF No. 75). It does not

appear that these discs were provided to the Warden's Office at Northern Nevada Correctional Center so that Plaintiff could send a kite for viewing said discs.

**IT IS HEREBY ORDERED** that Defendants shall send copies of the above-mentioned discs to the Warden's Office at the Northern Nevada Correctional Center on or before **Friday, April 29, 2022**.  Plaintiff shall kite the Warden's Office to view the discs.

**IT IS FURTHER ORDERED** that Plaintiff shall have to and including **Friday, May 20, 2022**, in which to file a response to Defendants' Motions for Summary Judgment (ECF Nos. 71, 74). Defendants shall have to and including **Friday, May 27, 2022**, in which to file a reply.

DATED:  April 25, 2022.



_____
UNITED STATES MAGISTRATE JUDGE