# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TERRANCE E. WILLIAMS,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>RYALS, et al.,<br><br>　　　　　　　　　　Defendants. | 3:21-cv-00133-ART-CSD<br><br>**ORDER**<br><br>Re:  ECF No. 80 |

　　　　Before the court is Plaintiff's Motion for the Decision Pertaining to Defendant Santos' Motion for Summary Judgment (ECF No. 80).  Plaintiff requests a status of Defendant Santos' Motion for Summary Judgment (ECF No. 43) and Defendant Reza's Motion for Summary Judgment (ECF No. 22).

　　　　Plaintiff is advised that Defendant Reza's Motion for Summary Judgment has been decided by the court and is no longer pending. On January 20, 2022, the court filed its Report and Recommendation (ECF No. 40) recommending that Defendant Reza's Motion for Summary Judgment be denied. On February 11, 2022, Chief District Judge Miranda M. Du adopted the Report and Recommendation in full. (ECF No. 49.)

　　　　Plaintiff is further advised that Defendant Santos' Motion for Summary Judgment (ECF No. 43) is currently pending before the court. Defendant Santos' Motion for Summary Judgment is one of

several hundred pending before the court and Plaintiff must await cases filed ahead of his which are being addressed at present.

Plaintiff's Motion for the Decision Pertaining to Defendant Santos' Motion for Summary Judgment (ECF No. 80) is **DENIED** as moot.

**IT IS SO ORDERED.**

DATED:  April 28, 2022.



_____
UNITED STATES MAGISTRATE JUDGE