# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

TERRANCE E. WILLIAMS,

    Plaintiff

v.

RYALS, et al.,

    Defendants

Case No.: 3:21-cv-00133-ART-CSD

**Order**

The Clerk's Office has indicated that several of the recent orders issued to Plaintiff via e-filing to Northern Nevada Correctional Center (NNCC, his last address of record) have been returned as undeliverable, noting Plaintiff has been transferred to Ely State Prison (ESP). The orders have been e-file forwarded to Plaintiff at ESP.

On or before **May 25, 2022**, Plaintiff shall file a notice of change of address indicating his current address. Failure to comply with this rule may result in dismissal of this action. LR IA 3-1.

**IT IS SO ORDERED**.

Dated: May 11, 2022

                                                                 _____
                                                                  Craig S. Denney
                                                                  United States Magistrate Judge