# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TERRANCE E. WILLIAMS, <br><br>                     Plaintiff, <br><br> v. <br><br> RYALS, *et al.*, <br><br>                     Defendants. | 3:21-cv-00133-ART-CSD <br><br> **ORDER** <br><br> RE:  ECF No. 94 |

Before the court is Plaintiff's Motion to Retrieve WCSO Medical File(s) (ECF No. 94). Plaintiff requests that Defendants provide the "chest x-ray of Plaintiff Williams for T.B. test between the dates of 12/21/20 – 1/30/21." (*Id.* at 1.)

Plaintiff's Motion to Retrieve WCSO Medical File(s) (ECF No. 94) is **GRANTED** to the extent that Defendants shall provide Plaintiff with any x-ray *reports* (not the actual films) from a chest x-ray taken of Plaintiff between 12/21/20 and 1/30/21. Defendants shall provide any reports to Plaintiff on or before **Friday, May 27, 2022**.

**IT IS SO ORDERED.**

DATED:  May 18, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

1