1

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

3

4

5

6

7

8

TERRANCE E. WILLIAMS,

    Plaintiff

v.

RYALS, et al.,

    Defendants

Case No.: 3:21-cv-00133-ART-CSD

**Order**

Re: ECF No. 102

9

10

11

12

13

14

15

On May 11, 2022, the court issued an order noting that several of the court's recent orders issued to Plaintiff via e-filing to Northern Nevada Correctional Center (NNCC, his last address of record) had been returned as undeliverable, noting that Plaintiff had been transferred to Ely State Prison (ESP). Plaintiff was advised that the orders had been e-file forwarded to Plaintiff at ESP. Plaintiff was directed to file a notice of change of address on or before May 25, 2022, and was advised that a failure to comply with this order may result in dismissal of this action under Local Rule IA 3-1. (ECF No. 91.)

16

17

18

On May 25, 2022, Plaintiff filed a motion to enlarge the timeframe within which to file his notice of change of address. Plaintiff states that he was transported to ESP on May 10, 2022, and he is awaiting his property, including his stamps and envelopes. (ECF No. 102.)

19

20

It is unclear why Plaintiff did not just file his notice of change of address instead of requesting an extension of time to file his notice of change of address.

21

22

23

Plaintiff has until **June 10, 2022**, to file his notice of change of address. If he fails to comply with this order, the court will recommend that District Judge Traum dismiss this action for failure to comply with Local Rule IA 3-1.

1    Plaintiff is reminded that he has up to and including Friday **June 3, 2022**, to file his

2  response to defendant Wuepper's motion for summary judgment. (*See* ECF No. 97.)

3    Defendant Reza also has a pending motion for summary judgment. (ECF No. 74.)

4  Plaintiff was given an initial extension until May 20, 2022, to file a response to the motions for

5  summary judgment filed by Wuepper and Reza. (ECF No. 79.) Plaintiff requested a further

6  extension of the deadline to respond to Wuepper's motion, which was granted (ECF Nos. 93,

7  95.) Plaintiff did not move for an extension of time to file a response to Reza's motion and has

8  not filed a response to Reza's motion. Plaintiff has until **June 10, 2022**, to file his response to

9  Reza's motion for summary judgment.

10  **IT IS SO ORDERED**.

11  Dated: June 1, 2022

                                                                           Craig S. Denney
                                                                                United States Magistrate Judge