UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

TERRANCE E. WILLIAMS,

        Plaintiff,

vs.

RYALS, et. al.,

        Defendants.

Case No.  3:21-CV-00133-ART-CSD

## ORDER FOR DISMISSAL

Pursuant to the stipulation of the parties (ECF No. 141), this case is hereby dismissed with prejudice pursuant to FRCP 41(a).

IT IS SO ORDERED.

DATED this 30th day of March, 2023.

_____
ANNE R. TRAUM
U.S. DISTRICT COURT JUDGE

-1-